# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140494

VIJAYAKUMAR VEMULAPALLI and
SASIKALA VEMULAPALLI,
   Plaintiffs-Appellees,

v

           SC: 140494
           COA: 287566
           Genesee CC: 04-080506-PZ

CITY OF FLINT,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

d0526

_____
Clerk